ACCEPTED
03-14-00782-CV
6744222
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/1/2015 1:09:41 PM
JEFFREY D. KYLE
CLERK

# DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.

ATTORNEYS
*4801 WOODWAY, SUITE 420-WEST*
*HOUSTON, TEXAS 77056-1805*
***dturbyfill@dntlaw.com***

R. CHRISTOPHER NAYLOR
DONALD L. TURBYFILL *
DEBORAH C. S. RIHERD *
VICKI W. HART
R. LEE TURBYFILL

SEPTEMBER 1, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/1/2015 1:09:41 PM
JEFFREY D. KYLE
Clerk

*telephone*
(713) 622-8338
*facsimile*
(713) 586-7053

*Texas Board of Legal Specialization*
*\* Consumer and Commercial Law*

Jeffrey D. Kyle, Clerk
Third Court of Appeals
209 West 14th St., Room 101
Austin, Texas 78701

VIA ELECTRONIC FILING

>      Re:      Cause No. 03-14-00782-CV; *Santander Consumer USA, Inc., Appellant v. Mario A. Mata, et al, Appellees*; In the Court of Appeals for the Third District of Texas

Dear Mr. Kyle:

Please be advised that I will present oral argument in this case on September 23, 2015, on behalf of Appellant Santander Consumer USA, Inc.

Respectfully submitted,

Donald L. Turbyfill
ATTORNEY FOR APPELLANT
SANTANDER CONSUMER USA, INC.

DLT/PS

CC:   E. JASON BILLICK                                    *VIA E-MAIL FIRM@GAMMONLAWOFFICE.COM*
      GAMMON LAW OFFICE, PLLC
      1201 SPYGLASS DRIVE, SUITE 100
      AUSTIN, TEXAS 78746

      CHRISTOPHER A. LOTZ                                 *VIA E-MAIL CLOTZ@LSTLAW.COM*
      LINDOW STEPHENS TREAT, LLP
      THE VOGUE BUILDIING
      600 NAVARRO STREET, SIXTH FLOOR
      SAN ANTONIO, TEXAS 78205

      JOHN S. KENEFICK                                    *VIA E-MAIL JKENEFICK@MACDONALDDEVIN.COM*
      JOHN R. SIGETY                                      *VIA E-MAIL JSIGETY@MACDONALDDEVIN.COM*
      MACDONALD DEVIN, P.C.
      3800 RENAISSANCE TOWER
      1201 ELM STREET
      DALLAS, TEXAS 75270-2130

      KAREN C. BURGESS                                    *VIA E-MAIL KBURGESS@RICHARDSONBURGESS.COM*

Jeffery D. Kyle, Clerk
Third Court of Appeals
Re: *Santander Consumer USA, INc. vs. Mario A. Mata., et al.*
September 1, 2015
page 2

STACY ROGERS SHARP                     *VIA E-MAIL SSHARP@RICHARDSONBURGESS.COM*
RICHARDSON + BURGESS LLP
221 WEST 6TH STREET, SUITE 900
AUSTIN, TEXAS 78701-3445